**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| MOTIVA PATENTS, LLC, | CIVIL ACTION NO. 9:18-cv-179 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| HTC CORPORATION, | |
| Defendant. | |

**PLAINTIFF MOTIVA PATENTS, LLC'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Motiva Patents, LLC ("Motiva") is a Texas limited-liability company. Motiva has no parent corporation, and no publically held company owns 10% or more of its stock.

Dated: October 3, 2018

Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli (lead attorney)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006

(713) 581-3000

Stafford Davis
State Bar No. 24054605
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000
sdavis@stafforddavisfirm.com

*Attorneys for Motiva Patents, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli